AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN ___ **District of** ___ NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **CONSENT ORDER GRANTING** |
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| INUSAH AHMED | |
| Defendant(s), | CASE NUMBER: 23-cr-00263-2 (AS) |

Notice is hereby given that, subject to approval by the court, __INUSAH AHMED__ substitutes
_____
(Party (s) Name)

TODD ANDREW SPODEK, ESQ. ___, State Bar No. 4489399 ___ as counsel of record in
(Name of New Attorney)

place of ELENA FAST, ESQ. .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Spodek Law Group, P.C.

Address: 233 Broadway, Suite 710, New York, NY 10279

Telephone: (212) 300-5196 Facsimile (212) 300-6371

E-Mail (Optional): ts@spodeklawgroup.com

I consent to the above substitution.

Date: May 27/2026

_____
(Signature of Party (s))

I consent to being substituted.

Date: May 28, 2026

s/ Elena Fast
_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/27/26

The substitution of attorney is hereby approved and so ORDERED.

Date: June 3, 2026

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 52.