UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-against-<br>AHMED INUSAH,<br>Defendant. | 23-cr-263 (AS)<br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has received a letter from defendant Ahmed Inusah requesting that his counsel be relieved and new counsel appointed. The Court is maintaining that letter in its possession subject to Mr. Inusah's consent that it may be furnished to his counsel for review. To address this issue, the Court will hold a hearing on Thursday, September 17, 2026, at 4 pm ET in Courtroom 15A. After confirming with the parties that there is no objection to inquiring about this issue with Mr. Inusah and his counsel without the Government present, the Government will be excused. (If this time does not work, the Court is also available Friday at 4 pm.)

SO ORDERED.

Dated: September 10, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge