UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

INUSAH AHMED,

Defendant.

26-cr-263 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

At the hearing to address Ahmed's letter expressing concerns about his retained counsel, the Court promised to put in an order explaining what the process would be like if Ahmed decided he wanted the Court to appoint counsel. Ahmed indicated that he wanted to continue with his current counsel for the time being, so this Order is purely for informational purposes. The Court is hopeful that the relationship between Ahmed and his counsel has been repaired to the point that the information below is not necessary.

Here is what the process would look like. First, Ahmed would need to dismiss his retained counsel, who would file a motion to withdraw. The government would then find a nonconflicted attorney (either from the Criminal Justice Act (CJA) program or the Federal Defenders) who could represent Ahmed. That attorney would work with Ahmed to fill out the CJA-23 Financial Affidavit (available at https://www.uscourts.gov/sites/default/files/cja23.pdf and attached to this Order), to show that Ahmed cannot afford to hire counsel. Ahmed's new proposed counsel would then present that form to the Court, and the Court would decide whether Ahmed qualifies for appointed counsel. If Ahmed does qualify, the Court would appoint that attorney to represent him.

Ahmed's counsel should provide him a copy of this order.

SO ORDERED.

Dated: October 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*

IN THE CASE OF

FOR

AT

LOCATION NUMBER

_______________ V. _______________

PERSON REPRESENTED *(Show your full name)*

CHARGE/OFFENSE *(Describe if applicable & check box→)* ☐ Felony ☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _______________

| DOCKET NUMBERS |
|---|
| Magistrate Judge |
| District Court |
| Court of Appeals |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Do you have a job? ☐ Yes ☐ No

**IF YES,** how much do you earn per month? _______________

Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown

**PROPERTY**

Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**

Do you have any cash, or money in savings or checking accounts? ☐ Yes ☐ No

**IF YES,** give the total approximate amount after monthly expenses $_______________

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _______

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ | $ |
| Groceries | $ | $ |
| Medical expenses | $ | $ |
| Utilities | $ | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_______________________________ _______________
SIGNATURE OF DEFENDANT Date
(OR PERSON SEEKING REPRESENTATION)